UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

| | |
|---|---|
| HAROLD PETRISCH, | ECF<br>08 CIV 4479<br>(PAC) |
| Plaintiff, | |
| | RULE 7.1<br>STATEMENT |
| **JP MORGAN CHASE, PHYLLIS PRESSA and** RHONDA DUAWAY, | |
| Defendants. | |

------------------------------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants certifies that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:   JPMorgan Chase & Co.

Dated: New York, New York
       June 23, 2008

                                      **JPMorgan Chase Legal Department**

                                      By: _____
                                            Tara A. Griffin, Esq.
                                  Attorneys for Defendants
                                      JPMorgan Chase Bank, N.A.
                                      Rhonda Dauway
                                      Phyllis Pressa
                                One Chase Manhattan Plaza, 26th Floor
                                New York, New York 10081
                                (212) 552- 5101
                                Tara.A.Griffin@Chase.com

167432:v1