UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

HAROLD PETRISCH,                    :

              Plaintiff,     :       **ORDER**

      - against -               :       08 Civ. 4479 (DC)

JP MORGAN CHASE et al.,             :

             Defendants.    :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

      Following a status conference this morning, IT IS HEREBY ORDERED as follows:

      (1)  Defendants shall produce one witness, to be selected by plaintiff, for four hours on a mutually convenient date on or before November 6, 2009.

      (2)  Defendants may seek further discovery with respect to damages (based on late-produced medical records) and they may write the Court to seek follow-up with respect to matters as to which plaintiff was directed not to answer questions at his deposition.

      (3)  Discovery is otherwise closed.

      (4)  The parties shall appear on November 13, 2009, at 11 a.m. for a pre-motion conference.

      SO ORDERED.

Dated:   New York, New York
        October 16, 2009

                                      DENNY CHIN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/09