UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAROLD PETRISCH,

                Plaintiff,

-v-

JP MORGAN CHASE, *et al.*,

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/10
```

No. 08 Civ. 4479 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On May 12, 2010, the Court issued an Order that noted, among other things, "that Defendants' reply memorandum, which was due on May 3, 2010, ha[d] not yet been filed." It has come to the Court's attention that, in fact, it is Plaintiff's opposition memorandum that has not yet been filed. The opposition papers were due April 12, 2010, and on April 9, 2010, Plaintiff evidently attempted unsuccessfully to file on ECF a letter requesting an extension until April 29, 2010. Although that request does not appear to have been granted, Plaintiff did not file his opposition papers on April 12, nor even on April 29. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall files his opposition papers forthwith, but in no event later than May 21, 2010. Plaintiff is advised that further failure to comply with scheduling orders may result in Defendants' motion being deemed unopposed, or in dismissal for failure to prosecute under Rule 41(b). IT IS FURTHERED ORDERED THAT Defendants' reply memorandum shall be due by June 11, 2010.

SO ORDERED.

Dated:     May 17, 2010
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE